# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE M. SINGLETON, | Case No. 19-cv-00428-WHO (PR) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| ROBERT NEUSCHMID, | |
| Respondent. | |

Petitioner Singleton has not complied with the Court's order to file an amended petition, even though he was granted two extensions of time. Accordingly, this federal habeas suit is DISMISSED (without prejudice) because Singleton failed respond to the Court's order and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

Because this dismissal is without prejudice, Singleton may move to reopen. Any such motion must contain an amended petition that complies in all respects with the Court's order dismissing the petition with leave to amend. (Dkt. No. 12.)

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

**Dated:** August 23, 2019

WILLIAM H. ORRICK
United States District Judge